## JACOB C. MORRIS *ads*. HENRY GEIGER.

Notice must be given, of an application to discharge a defendant on common bail.

The defendant Gieger, had been held to bail for a debt due the plaintiff.

*Morris* on the part of the defendant moved the court to discharge him on common bail, because he had since the commencement of the suit taken the benefit of the insolvent law.

The *Chief Justice* asked, if any notice of the motion had been given to the plaintiff's attorney.

*Morris* said that none had been given, because he supposed none was necessary, and cited the cause of *Ogden* ads. *Hughes.*

The court refused to hear the motion because notice of the application had not been given to the plaintiff's attorney.